# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:10-cr-00082-MR-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **TIMOTHY WAYNE BUGG.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's motion for the early termination of his term of supervised release [Doc. 26].

On December 20, 2010, the Defendant pleaded guilty to one count of possessing a firearm in a school zone, in violation of 18 U.S.C. § 922(q). The Defendant was sentenced on August 29, 2011, to a time served sentence and three years of supervised release. [Judgment, Doc. 23].

The Defendant now moves the Court to exercise its discretion and terminate his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). [Doc. 26]. The Government has advised the Court's chambers that it opposes the Defendant's request, citing what the prosecutor asserts is the Defendant's violent, volatile nature.

In order to terminate a defendant's term of supervised release, the Court must be "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In the present case, the Defendant's probation officer reports to the Court's chambers that the Defendant has adjusted well to supervision. He reports that the Defendant is gainfully employed, has maintained a stable residence, and has complied with all conditions and terms of supervised release. The probation officer further reports that the Defendant underwent a comprehensive mental health assessment and has successfully completed 18 hours of anger management counseling. It is the probation officer's opinion that the Defendant would be a good candidate for early termination of supervision.

In light of the fact that the Defendant has completed two-thirds of his term of supervised release without incident, and in light of the probation officer's recommendation, the Court will exercise its discretion and terminate the Defendant's term of supervised release.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 26] is **GRANTED**, and the Defendant's term of supervised release is hereby terminated.

The Clerk is directed to serve a copy of this Order on the Defendant, counsel for the Government, and the United States Probation Office.

**IT IS SO ORDERED.**  Signed: November 6, 2013

Martin Reidinger
United States District Judge